# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAZIMILIANO PEREZ, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PETER REUBEN SHENK-KOONTZ, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:17-cv-02138-APG-NJK<br><br>**ORDER** |

　　Based on the defendant's response to the Order to Show Cause, the Order to Show Cause is deemed satisfied and I will not remand this case at this time. If the plaintiff believes the value of this case does not exceed $75,000, or if he has any other grounds to move to remand, he may do so.

　　Dated: August 25, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE