UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAXIMILIANO PEREZ,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>PETER REUBEN SHENK-KOONTZ,<br><br>　　　　　Defendant(s). | Case No. 2:17-cv-02138-APG-NJK<br><br>ORDER<br><br>(Docket No. 8) |

On September 1, 2017, Plaintiff filed a Rule 26(f) notice. Docket No. 8. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket No. 8 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: September 1, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge