THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
lmiller@awslawyers.com

*Attorneys for Peter R. Shenk-Koontz*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAXIMILIANO PEREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PETER REUBEN SHENK-KOONTZ, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | CASE NO.: 2:17-cv-02138-APG-NJK<br>DEPT. NO.:<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR FILING OF JOINT PRETRIAL ORDER**<br>(Second Request) |

IT IS HEREBY STIPULATED by and between Defendant, PETER R. SHENK-KOONTZ, by and through the law firm of Atkin Winner & Sherrod and Plaintiff, MAXIMILIANO PEREZ, by and through Sprenz Law (each a "Party" and collectively the "Parties") to extend the time for filing the Joint Pretrial Order sixty (60) days to permit the Parties to continue settlement discussions. This is the Parties' second stipulation to extend the time for filing the Joint Pretrial Order.

..

..

..

IT IS SO STIPULATED.

Dated this 30th day of August, 2018.	Dated this 30th day of August, 2018.

ATKIN WINNER & SHERROD	SPRENZ LAW

By: /s/ Lara L. Miller	By: /s/ Kevin A. Sprenz
    Thomas E. Winner	    KEVIN A. SPRENZ
    Nevada Bar No. 5168	    Nevada Bar No. 7924
    Lara L. Miller	    Sprenz Law
    Nevada Bar No. 12618	    9960 W. Cheyenne Ave. Ste. 170
    1117 South Rancho Drive	    Las Vegas, Nevada 89129
    Las Vegas, NV 89102	    *Attorney for Plaintiff Max Perez*
    *Attorneys for Defendant Peter R. Shenk-Koontz*

## ORDER

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED THAT**:

The time for Plaintiff Maximiliano Perez and Defendant Peter Shenk-Koontz to file their Joint Pretrial Order is extended sixty (60) days to permit the Parties to continue settlement negotiations. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS HEREBY ORDERED Dated: August 31, 2018

                                                                        United States Magistrate Judge

Submitted by:

ATKIN WINNER & SHERROD

/s/ Lara L. Miller
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*