# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MAXIMILIANO PEREZ,

        Plaintiff,

vs.

PETER REUBEN SHENK-KOONTZ,

        Defendant.

Case No. 2:17-cv-02138-APG-NJK

ORDER

The pretrial order must be jointly submitted by the parties and follow a specific format. LR 16-4, 26-1(b)(5). *See also* Docket No. 23 (extending deadline for filing joint pretrial order). Nonetheless, the parties in the instant case have filed separate pretrial orders that do not comply with the Court's Local Rules. Docket Nos. 24, 25.

**IT IS ORDERED** that the parties' separate pretrial orders are hereby **STRICKEN**. Docket Nos. 24, 25.

**IT IS FURTHER ORDERED** that, no later than November 13, 2018, the parties must file a joint pretrial order that complies in full with the Court's Local Rules.

IT IS SO ORDERED.

DATED: November 7, 2018.

                                            NANCY J. KOPPE
                                            UNITED STATES MAGISTRATE JUDGE