**SAO**
Kevin A. Sprenz, Esq.
Nevada Bar No. 7924
SPRENZ LAW
9960 W. Cheyenne Ave., Ste. 170
Las Vegas, Nevada 89129
ksprenz@sprenzlaw.com
Phone: (702) 243-4900
Facsimile: (702) 998-1897
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAXIMILIANO PEREZ, an individual | ) CASE NO. 2:17-cv-02138-APG-NJK |
| Plaintiff, | ) |
| vs. | ) |
| PETER REUBEN SHENK-KOONTZ, an individual; DOES I – X, inclusive; and ROE CORPORATIONS I - X, inclusive, | ) |
| Defendants. | ) |

### STIPULATION AND ORDER TO CONTINUE TRIAL (FIRST REQUEST)

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MAXIMILIANO PEREZ, by and through his attorneys, Kevin A. Sprenz, Esq. of SPRENZ LAW and G. Mark Albright, Esq. of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and Defendant, PETER REUBEN SHENK-KOONTZ, by and through his attorneys, Thomas E. Winner, Esq. and Lara L. Miller, Esq. of ATKIN WINNER & SHERROD as follows:

///

///

///

///

That the trial currently set to begin on April 8, 2019 in the above-referenced matter be continued to one of the following proposed dates, beginning: June 3, 2019, September 9, 2019 or September 23, 2019. The parties make this request due to Plaintiff's unavailability for the current trial date.

DATED this 5 day of February, 2019.          DATED this 5 day of February, 2019.

**SPRENZ LAW**                                                **ATKIN WINNER & SHERROD**

_____              /s/ Lara L. Miller
KEVIN A. SPRENZ, Esq.                                    THOMAS E. WINNER, Esq.
Nevada Bar No. 7924                                       Nevada Bar No. 5168
9960 W. Cheyenne Ave., Ste. 170                  LARA L. MILLER, Esq.
Las Vegas, Nevada 89129                              Nevada Bar No. 12618
Attorney for Plaintiff                                        1117 S. Rancho Dr.
                                                                          Las Vegas, Nevada 89102
                                                                          Attorney for Defendant

DATED this 5 day of February, 2019.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

_____
G. MARK ALBRIGHT, Esq.
Nevada Bar No. 1394
801 S. Rancho Drive #D4
Las Vegas, NV 89106
Attorney for Plaintiff

## ORDER

**IT IS ORDERED** that the trial date set for April 8, 2019 is vacated and continued to <u>Monday, June 3, 2019 at 9:00 a.m.</u> in Courtroom 6C. Calendar Call currently set for April 2, 2019 is vacated and continued to <u>Tuesday, May 28, 2019 at 8:45 a.m.</u> in Courtroom 6C.

DATED this 6th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**SPRENZ LAW**

_/s/ Kevin A. Sprenz_
KEVIN A. SPRENZ, Esq.
Nevada Bar No. 7924
9960 W. Cheyenne Ave., Ste. 170
Las Vegas, Nevada 89129
Attorney for Plaintiff