1  THOMAS E. WINNER
   Nevada Bar No. 5168
2  STEVEN P. CANFIELD
   Nevada Bar No. 12711
3  ATKIN WINNER & SHERROD
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059
   twinner@awslawyers.com
6  scanfield@awslawyers.com

7  Attorneys for Defendant
   Peter R. Shenk-Koontz

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAXIMILIANO PEREZ, an individual, | CASE NO.: 2:17-cv-02138-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| PETER REUBEN SHENK-KOONTZ, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Kevin Sprenz of Sprenz Law, attorney for the Plaintiff, MAXIMILIANO PEREZ, and Thomas E. Winner and Steven P. Canfield of the law firm of Atkin Winner & Sherrod, attorneys for Defendant, PETER R. SHENK-KOONTZ that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED THAT the trial date of June 3, 2019 and Calendar Call hearing date of May 29, 2019 be vacated in the above referenced matter.

DATED this 24th day of May, 2019.

ATKIN WINNER & SHERROD

*/s/ Thomas E. Winner*
Thomas E. Winner
Nevada Bar No. 5168
Steven P. Canfield
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102

SPRENZ LAW

*/s/ Kevin Sprenz*
Kevin Sprenz
Nevada Bar No. 7924
9960 West Cheyenne Avenue
Suite 170
Las Vegas, NV 89129

1152104.docx

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that the trial date of June 3, 2019 and Calendar Call hearing date of May 29, 2019 are vacated in the above referenced matter.

Dated: May 24, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Steven P. Canfield
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:17-cv-02138-APG-NJK